UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GERMAN DIAZ-TEUTLE,<br><br>                Defendant. | Case No. MJ13-165<br><br>**DETENTION ORDER** |

Offenses charged:

      Distribution of Methamphetamine,
      Possession with Intent to Distribute Methamphetamine, and
      Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date of Detention Hearing:  April 1, 2013.

      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

      Defendant is charged with an offense which carries a presumption of detention and has

DETENTION ORDER - 1

failed to overcome that presumption.  Defendant provided no information about his ties to the community, employment or health.  His significant other attended the hearing but offered no testimony in support of release.  Defendant has prior felony convictions some of which were serious in nature and resulted in lengthy prison sentences.  He faces significant imprisonment if convicted and thus has an incentive to flee.  The evidence against defendant is strong given the controlled buys and search of defendant's residence.  Defendant is not a citizen, has no legal standing in the country, and has an immigration detainer.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2